```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
                                     :      **19 CR 627(VM)**
           -against-                 :      **ORDER**
                                     :
ARIEL ACOSTA, et al.,                :
                                     :
                     Defendants.     :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

        Counsel for the Government, with the consent of counsel for all Defendants (see Dkt. No. 74), requests that the status conference currently scheduled for September 11, 2020 be rescheduled. The conference shall be scheduled for Friday November 13, 2020 at 10:00 a.m.

        All parties to this action consent to an exclusion of time from the Speedy Trial Act until November 13, 2020.

        It is hereby ordered that time until September 11, 2020 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).


**SO ORDERED:**


Dated:    New York, New York
          8 September 2020


                                    _____
                                         Victor Marrero
                                            U.S.D.J.