

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2021

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/14/21__

Re:   United States v. Ariel Acosta, et al., 19 Cr. 627 (VM)

Dear Judge Marrero:

    The Government writes, jointly with defense counsel, to respectfully request an adjournment of the status conference currently scheduled for January 15, 2021. Given the difficulties of arranging a video or phone appearance for all defendants, including those defendants who are currently in custody, the parties request that the Court adjourn the upcoming conference and instead enter the following schedule for pretrial motions in this case:

    Defense motions due April 26, 2021
    Government opposition due May 24, 2021
    Defense replies due June 7, 2021
    Status conference the week of June 21, 2021

    In the event that the Court grants the requested adjournment, the Government respectfully requests that the Court exclude time under the Speedy Trial Act from January 15, 2021 to the date that the conference is rescheduled. The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

    I have conferred with counsel for all defendants, who have consented to the above requests.

Request **GRANTED.** The above briefing schedule shall apply for any pretrial motions in this case.

**SO ORDERED.**
1/14/2021
DATE
VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _/s/ Alexandra Rothman_
Brett M. Kalikow / Alexandra N. Rothman
Assistant United States Attorneys
(212) 637-2220 / 2580

cc: All Counsel of Record (via ECF)