USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___8/26/2021___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------X

UNITED STATES OF AMERICA,      :

                        :

                        :       **19 CR 627 (VM)**

      -against-          :       **ORDER**

                        :

ARIEL ACOSTA, et al.,       :

                        :

              Defendants.   :

---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

      The status conference currently scheduled for August 27, 2021 is hereby rescheduled for Friday, September 17, 2021 at 3:00 p.m.

      All parties to this action have informed the Court of their consent to an exclusion of time from the Speedy Trial Act until September 17, 2021.

      It is hereby ordered that time until September 17, 2021 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:   New York, New York
          26 August 2021

                                 _____
                                   Victor Marrero
                                   U.S.D.J.