```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :      19 CR 627 (VM)
         -against-                 :      ORDER
                                   :
ARIEL ACOSTA, et al.,              :
                                   :
              Defendants.          :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

At the request of the Government (see Dkt. No. 135), and with defense counsel's consent, a status conference shall be scheduled in this matter for May 20, 2022 at 12:00 p.m.

All parties to this action have informed the Court of their consent to an exclusion of time from the Speedy Trial Act until May 20, 2022. (see id.)

It is hereby ordered that time until May 20, 2022 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         04 April 2022

_/s/ Victor Marrero_
Victor Marrero
U.S.D.J.