```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :     19 CR 627/3 (VM)
        -against-                 :
                                  :         ORDER
ARIEL ACOSTA,                     :
                 Defendant.       :
                                  :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

Ú~ comply with \åæ Metropolitan Detention Center's ãæ↑~\æÁ*ã~´ææä↔^&b constraintsÊ äæàæ^äá^\ Aã↔æ→ N´~b\áCb b\á\|bÁ´~^àæãæ^´æÁ ↔^Á \å↔bÁ ↑á\\æãÁ ↔bÁ ãæb´åæä|→æäÁ \~Á Rá]Á G€ÊÁ G€GGÁá\Á ÏÌ€€ÁNRÈÁ The remaining defendants shall appear at the originally scheduled proceeding at 12:00 PM on the same day.

    ÚåæÁ*ã~´ææä↔^&Ábåá→→Áâæ<u>á</u>áÁ\æ→æ´~^àæãæ^´æ. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:  New York, New York
        17 May 2022

                                         _____
                                         Victor Marrero
                                         U.S.D.J.