UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

ARIEL ACOSTA,

              Defendant.

19 Cr. 627-1 (VM)

**ORDER**

**VICTOR MARRERO**, **United States District Judge**.

It is hereby ordered that William Stampur, the attorney representing the above-captioned defendant, is substituted and the representation of the defendant is assigned to C.J.A. attorney Roberto Finzi.

**SO ORDERED.**

Dated: New York, New York
       20 May 2022

_____
Victor Marrero
U.S.D.J.