

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 13, 2022

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   <u>United States v. Ariel Acosta, et al.</u>, 19 Cr. 627 (VM)

Dear Judge Marrero:

    I will soon be ending my position as an Assistant United States Attorney in the Southern District of New York. I therefore write respectfully to request that the Court direct the Clerk of Court to terminate my appearance in the above-captioned case.

                               Respectfully submitted,

                                 DAMIAN WILLIAMS
                                 United States Attorney

                                 /s/ Brett M. Kalikow_____
                                 Brett M. Kalikow
                                 Assistant United States Attorney
                                 (212) 637-2220

cc: All Counsel of Record (via ECF)

---

```
The Clerk of Court is hereby directed
to terminate AUSA Brett M. Kalikow's
appearance in this action.

SO ORDERED.
Dated: New York, NY
       July 14, 2022          /s/ Victor Marrero
                              Victor Marrero
                              U.S.D.J.
```