USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

      - against -

ARIEL ACOSTA, ET AL.,

          Defendants.

---

**19 CR 0627 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of defense counsel's November 28, 2022 Letter (<u>see</u> Dkt. No. 201) requesting the adjournment of the sentencing of Ariel Acosta currently scheduled for December 15, 2022. The Court hereby adjourns the sentencing from December 15, 2022 until February 3, 2023 at 1:00 PM.

**SO ORDERED.**

Dated:    30 November 2022
            New York, New York

                                          Victor Marrero
                                          U.S.D.J.