**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL   (1946-1956)
SIMON H. RIFKIND   (1950-1995)
LOUIS S. WEISS     (1927-1950)
JOHN F. WHARTON    (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3311

WRITER'S DIRECT FACSIMILE

(212) 492-0311

WRITER'S DIRECT E-MAIL ADDRESS

rfinzi@paulweiss.com

January 27, 2023

**By ECF**

The Honorable Victor Marrero
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

*United States* v. *Ariel Acosta*
19 Cr. 627 (VM)

Dear Judge Marrero:

  We are CJA counsel to Ariel Acosta. We write to request permission to file Mr. Acosta's sentencing submission under seal, given the sensitive information included in the letter. The Government should be granted access to the sealed sentencing memorandum, and we will provide them with a copy as well. We intend to file the submission today, January 27, 2023.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Victor Marrero											2

                                      Respectfully submitted,

                                      */s/ Roberto Finzi*

                                      Roberto Finzi

cc:    AUSA Alexandra Rothman (via email)



Request GRANTED. Defense Counsel may file a copy of the sentencing submission under seal, with the Government able to access the filing. Defense Counsel is to also file a redacted copy of the submission on the public docket.

SO ORDERED.

1/30/2023
DATE

VICTOR MARRERO, U.S.D.J.