**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2023
```

UNITED STATES OF AMERICA,

        - against -

ARIEL ACOSTA,

                Defendant.

**19 CR 0627 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Sentencing of Ariel Acosta that had been scheduled for February 3, 2023 at 1:00 PM is hereby rescheduled to February 17, 2023 at 10:30 AM.

**SO ORDERED.**

Dated:    6 February 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.